# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>DANIEL LEE STRANDBERG,<br><br>　　　　　Defendant. | Case No.:　2:13-CR-322-RCJ-VCF<br><br>**MINUTE ORDER**<br>**March 3, 2014** |

**MINUTE ORDER IN CHAMBERS**

　　　IT IS HEREBY ORDERED that Government's Motion to Unseal Portions of the February 20, 2014, Transcript Containing the *Faretta* Canvass, or, In the Alternative, Motion to Re-canvass the Defendant in an Unsealed Proceeding Prior to Trial (ECF #43) is GRANTED.

　　　IT IS FURTHER ORDERED that a Hearing is set for 08:30 A.M., Monday, March 10, 2014, in Las Vegas Courtroom 4B, before District Judge Robert C. Jones.

　　　IT IS SO ORDERED this 3rd day of March, 2014.

　　　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　　　ROBERT C. JONES
　　　　　　　　　　　　　　　　　　　　District Judge