FILED ___ RECEIVED
___ ENTERED ___ SERVED ON
COUNSEL/PARTIES OF RECORD

MAR 1 2 2014

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br>vs.<br><br>DANIEL LEE STRANDBERG,<br><br>　　　　　　Defendant. | Case No.: 2:13-CR-0322-RCJ-VCF<br><br>**CONSENT OF DEFENDANT** |

　　　　Defendant, **DANIEL LEE STRANDBERG**, having requested permission to enter a plea of guilty, hereby gives written consent to review of the PreSentence Report by the Judge prior to acceptance of plea or plea agreement pursuant to Rule 32(e)(1) of the Federal Rules of Criminal Procedure.

_____
Defendant

_____　　　_____
Counsel for Defendant　　　　　　Assistant U.S. Attorney

DATED: this 12 day of March, 2014.

APPROVED:

_____
ROBERT C. JONES
United States District Judge